UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHE SMILOWITZ, *et al.*,

    Plaintiffs,

v.

THE SULLIVAN COUNTY BOARD OF ELECTIONS, *et al.*,

    Defendants.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 02 2016
```

Index No. 15-cv-1757-KBF

## [PROPOSED] ORDER

WHEREAS, on February 1, 2016, the Court entered a Consent Decree and Judgment and Order in this action (ECF 91);

WHEREAS, Paragraph 8 of the Consent Decree calls for the appointment of a Monitor for a period of five years from the date of appointment of the Monitor;

WHEREAS, on February 23, 2016, the parties submitted to the Court the joint recommendation to appoint Carmen Ciparick as the Monitor (ECF 92); and

WHEREAS, Defendant Sullivan County Board of Elections will enter into a retainer agreement with Ms. Ciparick consistent with the terms of the Consent Decree.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Carmen Ciparick is appointed as the Monitor under the Consent Decree for a period of five years commencing on the date of this Order subject to terms to be agreed upon.

-2-

Dated: New York, New York
    3/2    , 2016

                                    /s/ KB Forrest
                               KATHERINE B. FORREST
                               United States District Judge