```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
MOSHE SMILOWITZ et al.,                                            :
                                                                   :
                              Plaintiffs,                          :
                                                                   :
              -v-                                                  :
                                                                   :
SULLIVAN COUNTY BOARD OF                                           :
ELECTIONS et al.,                                                  :
                                                                   :
                              Defendants.                          :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 8, 2016

15-cv-1757 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court is in receipt of a letter dated April 5, 2016 from the Sullivan County Board of Elections attaching voting documents previously provided to plaintiffs' counsel and the Monitor appointed under the Court's Consent Decree. The Court notes that it does not believe that anything in the Consent Decree requires such documents to be submitted to the Court. In this instance, however, the Court will post the submitted materials to the docket.

Dated:     New York, New York
           April 8, 2016

                                          _____
                                              KATHERINE B. FORREST
                                            United States District Judge