

Cheryl A. McCausland
County Attorney

Thomas J. Cawley
Deputy County Attorney

Lori Bertsch-Brustman
Assistant County Attorney

**SULLIVAN COUNTY
DEPARTMENT OF LAW**
COUNTY GOVERNMENT CENTER
100 NORTH STREET, PO BOX 5012
MONTICELLO, NY 12701
TEL. (845) 807-0560
FAX (845) 807-0574

Christina Kautz
Confidential Secretary

Cheryl A. Grande
Legal Secretary

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____              │
│ DATE FILED: APR 0 8 2016         │
└─────────────────────────────────┘
```

April 5, 2016

Hon. Katherine B. Forrest
U.S. District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    **Smilowitz v. Sullivan County Board of Elections**
       **Case No.: 15-cv-1757 (KBF)**

Dear Judge Forrest:

Please be advised the Board of Elections has retained a translation service to provide the Village of Bloomingburg voting materials in Yiddish. Pursuant to the request of the Court Appointed Monitor, Carmen Ciparick, enclosed is a courtesy copy of the voting documents previously provided to Ms. Ciparick and Plaintiff's counsel.

Thank you for your attention to this matter.

Respectfully,

Cheryl A. McCausland
County Attorney

CAM/ck
Enclosure

c:     Steven Engel, Esq. *(via email)*
       Lily North, Esq. *(via email)*
       Cliff Gordon, Esq. *(via email)*
       Marvin Newberg, Esq. *(via email)*
       Carmen Ciparick, Esq. *(via email)*

APR 0 8 2016

```
┌─────────────────────────────────┐
│          ORDERED                 │
│                                  │
│       Post on Docket             │
│                                  │
│    Ke. T. Forrest                │
│  ─────────────────────────────   │
│   Katherine B. Forrest, USDJ     │
└─────────────────────────────────┘
```

Sheet No.: 1 DEM
County of Sullivan
19th Congressional District
Town of Mamakating
E.D.(s)*: .5

**ABSENTEE/AFFIDAVIT/**
**SPECIAL FEDERAL BALLOT**
**FOR PRESIDENTIAL PRIMARY ELECTION**
**SULLIVAN COUNTY, APRIL 19, 2016**

2016 ,19 אפריל אום ,ראשוני מוקדם פרעזידענטשאל אנטשיידן־שטימען פארטיי

| 1 PRESIDENT OF THE UNITED STATES (Vote for ONE) | 2 | 3 | 4 DELEGATES TO NATIONAL CONVENTION 19th Congressional District (Vote for any FIVE) | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| 1B Democratic<br>Hillary Clinton | 2B Democratic<br>Doreen Davis(F) | 3B Democratic<br>Michael P. Henn(M) | 4B Democratic<br>Elisa Sumner(F) | 5B Democratic<br>Daniel J. Torres(M) | 6B Democratic<br>Ashley Dittus(F) | | | | |
| 1A Democratic<br>Bernie Sanders | 2A Democratic<br>Sheri N. Balter-Mayorga(F) | 3A Democratic<br>Leon F. Shelhamer(M) | 4A Democratic<br>Kelleigh A. McKenzie(F) | 5A Democratic<br>Roger Mills(M) | 6A Democratic<br>Mira J. Bowin(F) | | | | |

HOW TO VOTE

HOW TO RETURN ABSENTEE BALLOT

HOW TO RETURN MILITARY BALLOT

# ABSENTEE/AFFIDAVIT/
## SPECIAL FEDERAL PRIMARY ELECTION
### FOR PRESIDENTIAL PRIMARY ELECTION
### SULLIVAN COUNTY, APRIL 19, 2016

Sheet No:1 REP
County of Sullivan
19th Congressional District
Town of Mamakating
E.D.1/9,11,6

**PRESIDENT OF THE UNITED STATES**
(Vote for ONE)

| | | | |
|---|---|---|---|
| 1A Republican **Donald J. Trump** | 2A Republican **John R. Kasich** | 3A Republican **Ben Carson** | 4A Republican **Ted Cruz** |

(write-in)

---

### HOW TO VOTE

1. Mark in pen or pencil.

2. To vote for a candidate whose name is printed on this ballot, make a single cross X mark or a single check ✓ mark in the voting square above the name of the candidate.

3. Any other mark or writing, or any erasure made on the ballot outside the voting squares will void this entire ballot.

4. Should you tear, or deface, or wrongly mark this ballot, return it to get another. But do not attempt to correct mistakes on the ballot by making erasures or marks of any kind.

5. If you tear, or deface, or wrongly mark this ballot, you may request, and shall receive a new ballot. Do not attempt to correct mistakes on the ballot.

6. To be counted, absentee ballots must be postmarked or received by the Sullivan Board of Elections no later than 7 days after election day.

### HOW TO RETURN ABSENTEE BALLOT
1. After marking the ballot, fold such ballot and enclose and seal the envelope.
2. Fill in properly the blanks in the statement and sign your name.
3. Enclose the sealed envelope bearing the statement in the envelope addressed to the Sullivan Board of Elections and mail promptly.

### HOW TO RETURN AFFIDAVIT BALLOT
1. Fill in properly the blanks in the statement, enclose in the envelope, seal the envelope.
2. Fill in properly the blanks in the voters statement, and sign your name.
3. Return the sealed envelope to the election inspector.

### HOW TO RETURN MILITARY BALLOT
1. Enclose the sealed envelope bearing the statement and mail promptly.
2. Fill in properly the blanks in the statement and sign your name.
3. The ballot of the military voter must be postmarked no later than the day before election and received not later than the day before election not later than 7 days following the day of election to be cast and counted.



Cheryl A. McCausland
County Attorney

Thomas J. Cawley
Deputy County Attorney

Lori Bertsch-Brustman
Assistant County Attorney

**SULLIVAN COUNTY
DEPARTMENT OF LAW**
COUNTY GOVERNMENT CENTER
100 NORTH STREET, PO BOX 5012
MONTICELLO, NY 12701
TEL. (845) 807-0560
FAX (845) 807-0574

Christina Kautz
Confidential Secretary

Cheryl A. Grande
Legal Secretary

March 4, 2016

*Via Email: steven.engel@dechert.com*

Steven Engel, Esq.
1095 Avenue of the Americas
New York, NY 10036

*Via Email: lily.north@dechert.com*

Lily A. North, Esq.
One Bush Street, Suite 1600
San Francisco, CA 94104

>    Re:    **Smilowitz, et al. v. Board of Elections**
>           **Case No. 15-cv-1757**

Dear Counsel:

   In furtherance of the Consent Decree please be advised that the Board of Elections has retained a translation service to provide the voting materials in Yiddish. The documents are attached hereto.

   Please be further advised that Dominion Voting Systems, the Election Management System certified for official use in the State of New York, does not feature Yiddish language support. Therefore, no machine is able to read a Yiddish ballot. See letter attached hereto dated March 2, 2016 from Dominion Voting's Director of Sales.

Rest assured that, effective April 19, 2016, voters will be able to vote either by absentee ballot or by affidavit ballot in Yiddish.  The votes will be counted at the office of the Board of Elections as the machine ballots cannot read Yiddish.  If a voter wishes to vote by use of the machine, he or she would have to use the English version.

We are pleased to report that the Board of Elections has been able to comply with the terms of the Consent Decree.  We simply wanted to clarify that there are three ways for voters to vote, two of which will be communicated in Yiddish and English and one machine in English.

Sincerely,

Cheryl A. McCausland
County Attorney

CAM/ck
Enclosure

c:       Commissioner Lori Benjamin
         Commissioner Ann Prusinski



DOMINION
VOTING

717 17TH STREET, SUITE 310 DENVER, CO 80202

*Sent Via Electronic Mail*

March 2, 2016

Commissioner Lori A. Benjamin
Sullivan County Board of Elections
Government Center
100 North Street, PO Box 5012
Monticello,
NY 12701-5192

Commissioner Ann Prusinski
Sullivan County Board of Elections
Government Center
100 North Street, PO Box 5012
Monticello,
NY 12701-5192

RE: YIDDISH LANGUAGE SUPPORT

Dear Commissioners:

Please be advised that at the present time, the current version of Democracy Suite, including but not limited to, the ImageCast Precinct, the ImageCast Precinct Ballot Marking Device, and the Election Management System, certified for official use in the state of New York does not feature "Yiddish" language support. The system cannot produce ballots in Yiddish, nor can the machines provide for user instruction and operations in Yiddish.

Currently, the only languages supported in the certified system at this time include English and Spanish.

For any questions regarding this matter, please contact me by phone at 416.762.8683 x241 or via email at gio.costantiello@dominionvoting.

Sincerely,

Gio Costantiello
Director of Sales
Dominion Voting Systems

Denver     Toronto     Dallas     Jamestown     San Leandro     Belgrade

# ניו יארק סטעיט וויילער רעגיסטראציע בויגן

### רעגיסטרירט זיך צו שטימען

מיר ווילן באקן אייך, באקומען אינפֿארמאציע איבער ווי איר רעגיסטרירט אייך צו שטימען...

* איר קענט רעגיסטרירן זיך צו שטימען
* איר קענט טוישן אייער אדרעס
* איר קענט טוישן אייער פּארטיי

### שקט אדער גרענגט דעם בויגן

אויב איר ווילט רעגיסטרירן זיך צו שטימען...

### פֿראגן?

רופט אייער קאונטי באָורד אָוו עלעקשאנס אָדער דעם ניו יארק סטעיט באָורד אָוו עלעקשאנס  
1-800-FOR-VOTE (1-800-367-8683)  
www.elections.ny.gov

### פעטשטעלן אייער אינטעגריטעט

---

### קוואליפֿיקאציעס

* זענט איר אן אמעריקאנער בירגער?  □ יא   □ ניין
* וועט איר זיין 18 יאר אלט אדער עלטער ביז די צייט פֿון די וואלן?  □ יא   □ ניין

### אייער נאמען

### נאך אינפֿארמאציע

### די אדרעס אוו איר וואוינט

### די אדרעס אוו איר באקומט פאסט

### מייליג פֿארבאנדעניגינ

### אידענטיפֿיקאציע  □ אַיטעם 1 □ אַיטעם 2

### פאליטישע פארטיי

### פֿריוועריגע פראג

---

### אפידעווט: איר שווער אדער באשטעטיגט אז...

□ רעפּאבליקאנישע פארטיי  
□ דעמאקראטישע פארטיי  
□ קאנסערוואטיווע פארטיי  
□ גרין פארטיי  
□ וואָרקינג פֿאַמיליעס פארטיי  
□ אינדעפּענדענס פארטיי  
□ וואָמענ'ס עקוואליטי פארטיי  
□ רעפֿארם פארטיי  
□ אנדערע  

□ קיין פארטיי

שרייבט אונטער  

נאמען

## אדרעסירט און סטעמפט דעם חלק

אייער אדרעס

לייגט דא
אן ערשט-
קלאס סטעמפ

אייער קאונטי באורד און עלעקשאנס אדרעס וועלט אים פון דא אונטן

## איידערן
## אריסשיקן, בעמט
## אראפ טעיפ,
## קנייטשט עס איין
## און פארזיגלט

**Ulster**
284 Wall St.
Kingston, NY 12401
(845) 334-5470

**Warren**
Warren Municipal Ctr.
[illegible]
Human Svcs. Bldg
1340 St. Rte. 9
Lake George, NY
12845
(518) 761-6456

**Washington**
383 Broadway
Fort Edward, NY
12828
(518) 746-2180

**Wayne**
7376 State Rte. 31
PO Box 636
Lyons, NY 14489
(315) 946-7400

**Westchester**
25 Quarropas St.
White Plains, NY
10601
(914) 995-5700

**Wyoming**
4 Perry Ave.
Warsaw, NY 14569
(585) 786-8931

**Yates**
Ste. 1-24
417 Liberty St.
Penn Yan, NY 14527
(315) 536-5135

**Schuyler**
County Office Bldg
105 9th St., Unit 13
Watkins Glen, NY
14891
(607) 535-8195

**Seneca**
One DiPronio Dr.
Waterloo, NY 13165
(315) 539-1760

**Steuben**
3 E. Pulteney Sq.
Bath, NY 14810
(607) 664-2260

**Suffolk**
Yaphank Ave.
PO Box 700
Yaphank, NY 11980
(631) 852-4500

**Sullivan**
Gov't. Ctr.
100 North St.
PO Box 5012
Monticello, NY 12701
(845) 807-0400

**Tioga**
County Office Bldg.
56 Main St.
Owego, NY 13827
(607) 687-8261

**Tompkins**
Court House Annex
128 E. Buffalo St.
Ithaca, NY 14850
(607) 274-5522

**Putnam**
25 Old Route 6
Carmel, NY 10512
(845) 808-1300

**Rensselaer**
Ned Pattison
Government Ctr.
1600 Seventh Ave.
Troy, NY 12180
(518) 270-2980

**Rockland**
11 New Hempstead
Rd.
New City, NY 10956
(845) 638-5172

**St. Lawrence**
48 Court St.
Canton, NY 13617
(315) 379-2202

**Saratoga**
50 W. High St.
Ballston Spa, NY
12020
(518) 885-2249

**Schenectady**
388 Broadway, Ste. E
Schenectady, NY
12305
(518) 377-2469

**Schoharie**
County Office Bldg.
284 Main St.
PO Box 99
Schoharie, NY 12157
(518) 295-8388

**Oneida**
Union Station
321 Main St.
3rd Fl.
Utica, NY 13501
(315) 798-5765

**Onondaga**
1000 Erie Blvd West
Syracuse, NY 13204
(315) 435-3312

**Ontario**
74 Ontario St.
Canandaigua, NY
14424
(585) 396-4005

**Orange**
25 Court Lane
PO Box 30
Goshen, NY 10924
(845) 291-2444

**Orleans**
14017 State Rte. 31
Albion, NY 14411
(585) 589-3274

**Oswego**
185 E. Seneca St.
Box 9
Oswego, NY 13126
(315) 349-8350

**Otsego**
Ste. 2
140 County Hwy
33W
Cooperstown, NY
13326
(607) 547-4247

**Lewis**
7660 N. State St.
Lowville, NY 13367
(315) 376-5329

**Livingston**
County Govt. Ctr.
6 Court St.
Room 104
Geneseo, NY 14454
(585) 243-7090

**Madison**
County Office Bldg
N. Court St.
PO Box 666
Wampsville, NY
13163
(315) 366-2231

**Monroe**
39 Main St. W.
Rochester, NY 14614
(585) 753-1550

**Montgomery**
Old Courthouse
9 Park St.
PO Box 1500
Fonda, NY 12068
(518) 853-8180

**Nassau**
240 Old Country Rd.
5th Fl.
Mineola, NY 11501
(516) 571-2411

**Niagara**
111 Main St.
Ste. 100
Lockport, NY 14094
(716) 438-4040

**Franklin**
355 West Main St.
Ste. 161
Malone, NY 12953
(518) 481-1663

**Fulton**
2714 St. Hwy 29
Ste. 1
Johnstown, NY
12095
(518) 736-5526

**Genesee**
County Building #1
15 Main St.
PO Box 284
Batavia, NY 14021
(585) 344-2550

**Greene**
411 Main St.
Ste. 437
Catskill, NY 12414
(518) 719-3550

**Hamilton**
Rte. 8
PO Box 175
Lake Pleasant, NY
12108
(518) 548-4684

**Herkimer**
108 Mary St.
Ste. 1300
Herkimer, NY 13350
(315) 867-1102

**Jefferson**
175 Arsenal St.
Watertown, NY
13601
(315) 785-3027

**Chenango**
5 Court St.
Norwich, NY 13815
(607) 337-1760

**Clinton**
City Government Ctr.
Ste. 104
137 Margaret St.
Plattsburgh, NY
12901
(518) 565-4740

**Columbia**
401 State St.
Hudson, NY 12534
(518) 828-3115

**Cortland**
112 River St.
Suite 1
Cortland, NY 13045
(607) 753-5032

**Delaware**
3 Gallant Ave.
Delhi, NY 13753
(607) 746-2315

**Dutchess**
47 Cannon St.
Poughkeepsie, NY
12601
(845) 486-2473

**Erie**
134 W. Eagle St.
Buffalo, NY 14202
(716) 858-8891

**Essex**
7551 Court St.
PO Box 217
Elizabethtown, NY
12932
(518) 873-3474

**New York City**
32 Broadway, 7th Fl.
New York, NY 10004
(212) 487-5400

**Albany**
32 North Russell
Road
Albany, NY 12206
(518) 487-5060

**Allegany**
6 Schuyler St.
Belmont, NY 14813
(585) 268-9294

**Broome**
Government Plaza
60 Hawley St.
PO Box 1766
Binghamton, NY
13902
(607) 778-2172

**Cattaraugus**
207 Rock City St.
Suite 100
Little Valley, NY
14755
(716) 938-2400

**Cayuga**
157 Genesee St.
(Basement)
Auburn, NY 13021
(315) 253-1285

**Chautauqua**
7 North Erie St.
Mayville, NY 14757
(716) 753-4580

**Chemung**
378 South Main St.
PO Box 588
Elmira, NY 14902
(607) 737-5475

## (פרייוויליג) רעגיסטרירט זיך צו שענקען אייערע גלידער און טישו

DONATE LIFE New York State

[illegible] NYS Department of Health (DOH) Donate Life [illegible] www.nysdonor[illegible]

[illegible] DOH [illegible]

לעצטע נאמען

ערשטע נאמען

מיטלסטע איניציאל סאפיקס

אדרעס

אפט. נומער זיפ קאוד

שטאט

געבורט דאטום מין ☐ מאן ☐ פרוי

אויג קאליר הייך פיס אינטשעס

### מיטן אונטערשרייבן דא אונטן, באשטעטיקט איר אז איר:

- זענט 18 יאר אלט אדער עלטער;
- שטימט צו מנדב צו זיין אלע אייערע גלידער און טישו פאר איבערפלאנצונג, טעראפיע, אדער בילדונג;
- באפולמעכטיגט די באורד און עלעקשאנס צוצושיקן אייער נאמען און אידענטיפיצירנדע אינפארמאציע צום DOH פאר איינשרייבונג אין די רעגיסטרי;
- און באפולמעכטיגט DOH צו ערלויבן בארעכטיגטע גלידער שאפונג ארגאניזאציעס און NYS-ליצענזירטע טישו און אויגן באנק צו [illegible] די אינפארמאציע [illegible].

שרייבט אונטער דאטום

⚖️ סאליוואן קאונטי

**אפידעוויט שבועה**

Ⓐ ביטע שטעלט צו די פאלגנדע פארלאנגטע אינפארמאציע

| | |
|---|---|
| אייער נאמען | ערשטען נאמען ... לעצטען נאמען |
| | טאפיקס ... מיטלסטע אינישעל |

**די אדרעס וואו איר וואוינט**

אדרעס (ניטאו P.O. באקס)
אפט. נומער ... זיפ קאוד
סיטי/טאוון/ווילעדזש
ניו יארק סטעיט קאונטי

**דאטום פון געבורט** ... פארטיי אינשורירונג

Ⓑ ביטע באצייכנט יעדע קעסטל וואס אנבאלאנגט אייך און פילט אריין די פאסיגע ערטער

☐ די אויפמערקזאמקייט...

☐ איך האב זיך פריערגעגעבן אינערהאלב: _____

☐ מען האט סאראוואנג פון מיר צו ווייזן אידענטיפיקאציע...

☐ **בלויז פאר פרימערי וואלן:** איך בין רעגיסטרירט...

Ⓒ צוגאב אינפארמאציע צו ווייזן איר זאל אים צו רעגיסטראציע ווייזער רעגיסטראציע אינמען פיל

**קוואליפיקאציעס**
זענט איר א בירגער פון די פאראייניגטע שטאטן? ☐ יא ☐ ניין
וועט איר זיין 18 יאר אלט אדער עלטער...  ☐ יא ☐ ניין

**נאך אינפארמאציע**
טעלעפאן (פרייוויליג) ... מין ☐ מאן ☐ פרוי
אימעיל (פרייוויליג)

**די אדרעס וואו איר באקומט פאסט**
P.O. באקס ... זיפ קאוד
סיטי/טאוון/ווילעדזש

**ווייליגע היסטאריע**
האט איר שוין אמאל געשטימט? ☐ יא ☐ ניין ... וועלכע יאר?
אייער נאמען איז געוואונ
אייער אדרעס איז געוואונ
אייער פריערדיגע סיטי/ניו יארק סטעיט קאונטי

**אידענטיפיקאציע**
ניו יארק סטעיט DMV נומער
די לעצטע פיר ציפערן ... XXX-XX-
☐ איך האב קיינע פון...

**פאליטישע פארטיי**
☐ דעמאקראטישע פארטיי ☐ גרין פארטיי ☐ וואומענס עקואליטי פארטיי
☐ רעפובליקאנער פארטיי ☐ וואורקינג פעמיליעס פארטיי ☐ רעפארם פארטיי
☐ קאנסערוואטיוו פארטיי ☐ אינדעפענדענס פארטיי ☐ אנדערע
☐ קיין פארטיי

Ⓓ אלע ווילער מוז דאטירן און אונטערשרייבן די שבועה דא אונטן

**אפידעוויט: איך שווער אדער באשטעטיג אז**

דאטום ... אונטערשריפט

**דער טייל איז בלויז**
**פארן באנוץ פון**
**די באורד אוו עלעקשאנס:**

**אויספארשונג צייגט:**

☐ נישט רעגיסטרירט
☐ רעגיסטרירט צי שפעט
☐ נישט ריכטיגע ED
☐ אדרעס טויש
☐ ID# וויילער _____
☐ אומאקטיוו
☐ איינשרייבונג פאר
☐ אנולירט
☐ אנדערע_____

_____
_____
_____
_____
_____

הערות: _____
_____
_____
_____
_____
_____
_____

רעזענען: ☐ יא ☐ ניין
אויספארשער איניטשעלס:

_____

קאמישאנערים אורטייל

רעזענען: ☐ יא ☐ ניין
קאמישאנערים איניטשעלס:

_____

# ניו יארק סטעיט עבסענטי בעלאט אפליקאציע

בליזע פאר באארד מ'אנץ:

סטאָון/סיטי/וואָרד/דיסט:

_____

רעגיסטראציע נומער: _____

פארטיי _____

☐ געשטימט אין אפיס

## ביטע שרייבט קלאר. זעט איינצעלהייטליכע אנווייזונגען.

די אפליקאציע מוז דערזונדליך אין פערלאנגט ווערן צו איער קאונטיי באארד וואו עלעקשאנס נישט שפעטער ווי דער טאג איידער די וואהל, אדער אדער פאסטמארקירט דורך א רעגיסטאטירונג צופאטטעל עסערדיין ניו ניט אחרזן 7 טעג איידער די וואהל. אידער, די שטים צעטל דעלבסט מוז ווערן פערלאנגט דערפלאנגט ניין באארד וואו עלעקשאנס נישט שפעטער ווי דער שולם פון די וואהל. וואלן בודבין אינאאה דאַס ראָל פון ני וואַל, אדער פאסטמארקירט דורך א רעגיסטאטירונג פאסטאָלע סטרויניס ניישט שפעטער ווי דעם טאג איידער די וואהל, און ערהאלטן ניישט שפעטער ווי דער ציבעוואבט טאג טאך ני וואהל.

| | |
|---|---|
| **1** | **איך פארקלאג, מיט גוטע כוונות, אז עבסענטי בעלאט צוליב (באצייכנט איין ווארום):** |

☐ אפווענינונגהייט פון די קאונטי אדער ניו יארק סיטי וואס טאג וואו די וואהל
☐ ציילוויזזוסליגע קראנקהייט אדער פיזישע דיסאביליטי
☐ פערמענאנטע קראנקהייט אדער פיזישע דיסאביליטי
☐ פליכטן וואס זענען פארבונדן מיט פרייוועלן קעיר אדער פון אדער מער מענטשן וואס זענען קראנק אדער פיזיש דיסאביעלד

☐ אפוזוגנהייט פון די קאונטי אדער ניו יארק סיטי וואס די וואלן
☐ ציווייליגע אדער ארעסטאנט אין א ווערשאלט אדמיניסטראציע שפיטאל
☐ פארהאלטונג אין אby טורמער/תפיסה, ערוואוטינדינ א גערעד דזשורי, אדער אין טורמע פאר באאוולדיגונג פון א פארברעכן אדער עבירה וועלכע איז ניישט קיין פעלאני

| | |
|---|---|
| **2** | **עבסענטי בעלאָט(ס) ווערן פארלאנגט פאר די פאלגענדע וואלן():** |

☐ ווילעדש וואהל   ☐ פרימערי וואהל   ☐ אלגעמיינע וואהל   ☐ ספעציעלע וואהל

☐ טו וועלכער וואהל וואס קומט אום פאר צווישן פאר דעטומער זיך אין: ___/___/___ איצט ___/___/___ אפוזוגנהייט הויכ פאר עדריגט זיך:

| לעצטע נאמען אדער סורנעים | | מיטעלסטע אניישעל | סאפיקס |
|---|---|---|---|
| ערשטע נאמען | | | |

| **3** | | | |
|---|---|---|---|

| געבורט דאטום | | קאונטי וואו איר וואוינט |
|---|---|---|
| ___/___/___ | | |

| **4** | טעלעפאן נומער (פרייוויליג) | |

| אדרעס וואו איר וואוינט (נאומבער) גאס | | | | אפט. | סיטי | סטעיט NY | זיפ קאוד |
|---|---|---|---|---|---|---|---|

| **5** | **דערלאנגונג פון פרימערי וואלן שטים צעטל (באצייכנט איינס)** |
|---|---|

☐ דערלאנגען צו מיר פערזענליך ביים באארד וואו עלעקשאנס
☐ איך באפולמעכטיג (גיט אן נאמען): _____
☐ שיקט דעם שטים צעטל צו מיר דורך פאסט אדער צו: (פאסט אדרעס)

| גאס נומבער | | | גאס | | סיטי | | זיפ קאוד |
|---|---|---|---|---|---|---|---|

| **6** | **דערלאנגונג פון אלגעמיינע (וויילעדש אדער ספעציעלע) וואלן שטים צעטל (באצייכנט איינס)** |
|---|---|

☐ דערלאנגען צו מיר פערזענליך ביים באארד וואו עלעקשאנס
☐ איך באפולמעכטיג (גיט אן נאמען): _____
☐ שיקט דעם שטים צעטל צו מיר דורך פאסט צו:

| גאס נומבער | | | גאס | | סיטי | | זיפ קאוד |
|---|---|---|---|---|---|---|---|

## אפליקאנט מוז אונטערשרייבן דא אונטן

| **8** | איך באשטעטיג אז איך בין א קוואליפיצירטער און רעגיסטרירטער וואלן פאר פרימערי, איינגעשריבענעם, וויילער, און אז די אינפארמאציע אין די אפליקאציע איז ריכטיג און אז איך אז אפליקאַציע אין ריכטיג און אז אפליקאציע בעלאטש און עבסענטי וואלן זענען אין עפידעווער צו די דעלבערט שטרייפן אין גלייך איך וואלז געגעבעטעט געשוואורן. א מאטעריאל פאלטשע דערקלערונג, וועט מיר מאכ אויסגעשטעלט צו די דעלבערט שטרייפן. |
|---|---|

שרייבט אונטער דא: ☒_____    דאטום: ___/___/___

אויב דער אפליקאנט קען ניישט אונטערשרייבן צוליב א קראנקהייט, פיזישע דיסאביליטי אדער אומפאעאיגקייט צו ליענעץ, מוז די פאלגענדע סטעיטטעמענט אונטערשרייב ווערן: דורך מיין צייכן, אונטער עדות, טו איך דערקלער ערקלעדן אז איך בין אונפעאיגע אונטערצושרייבן מיין אפליקאַציע פאר אן עבסענטי בעלאַט ווי עבסענטי פאר אן די אפליקַאַציע פֿיזישע דיסאביליטי אדער ווייל עס מיר אומעמעגליך צו ליענעץ. איך האב געמאכט, אדער מעו האט מיר געהאסטא אדער מיין צייכן אכשטעטן מיין אונטערשריפט. (קיין פאסואו אדער אטטורדני אדער פאראיוס-געראכט נאמעט סעמפל ווערט ניישט ערלויבט. זעט איינצעלהייטליכע אנווייזונגען.)

דאטום ___/___/___  נאמען פון ווילער: _____  צייכן: _____

איך, דער אונטערגעשריבענעם, טו דערמים באשטעטיגן און פארשווערן, אויער, איבערבראָמאטוכעד ווילער, און אז אז די אין די ריכטיק און נישט אין דער מעטען איר אלסע דער מעטען וואס האט דאי זאיגיע אפליקאַציע איך צייכ צ אויכ פֿאר דעראונטום אפליקאציע ווערן פאר אלע צוונונג פון א מאטריאלן אלסע דאס צעלבו אין דאכ עפידעניוו אפליקַאַציע ווען אנגענומען וואָרן פאר אלע צוונונג אן, אויב און אז אנשטאלט א מאטריאל פאלשע סטעיטטעמענט, ווערט עס מיר אויסגעשטעלען א מאטריאל א וואלט געגעבְעץ געשוואורן.

| | |
|---|---|
| (אונטערשריפט פון עדות צום צייכן) | (אדרעסע פון עדות צום צייכן) |

אנוויזונגען:

### ווער קען זיך איינגעבן פאר אן עבסענטי בעלאט?

יעדער פערזאן מוז זיך אליין איינגעבן. עס איז א פעלאני צו מאכן א פאלשע סטעיטמענט אין אן אפליקאציע
פאר אן עבסענטי בעלאט, צו פרובירן אפצוגעבן אן אומלעגאלע שטימע, אדער צו העלפן עמיצן אפצוגעבן אן
אומלעגאלע שטימע.

### אינפארמאציע פאר מיליטערישע אדער אויסלענדישע וויילער:

אויב איר גיט זיך אליין פאר אן עבסענטי בעלאט וויל איר אדער אייער פאמיליע זענען אין די מיליטער אדער וויל איר
וואוינט אצינד אין אויסלאנד, נוצט נישט די אפליקאציע. איר זענט בארעכטיגט פאר ספעציעלע באדינגונגען אויב
איר גיט זיך אין מצעדיג די פעדעראלע פאסטקארטל אפליקאציע. פאר מער אינפארמאציע איבער
מיליטערישע/אויסלענדישע שטימען, פארשריבט זיך מיט אייער לאקאלע באורד אוו עלעקשאנס אדער רעפעריערט
צו די מיליטערישע און פעדעראלע שטימונג אפטיילונגען אויף:  http://www.elections.state.ny.us/Voting.html

### וואו און ווען צוריקצושיקן אייער אפליקאציע:

אפליקאציעס מוזן ארויס געשיקט ווערן דורך פאסט ביבן טעג איידער די וואהל (זעט פאסט אדרעס דא אונטן) אדער
האנט-דערלאנגט פאר אייער קאונטי ווערן באורד אוו עלעקשאנס ביזן טאג איידער די וואהל. קאנטאקט אינפארמאציע
פאר אייער לאקאלע וואהל אפיס קען מען געפינען אויף די ניו יארק סטעיט אוו עלעקשאנס באורד אוו עלעקשאנס, אונטער
"קאונטי באורדס אוו עלעקשאן דירעקטארי" אויף:  http://www.elections.state.ny.us/CountyBoards.html

### מעגליכקייטן וואס זענען פאראהאן אויב איר האט א קראנקהייט אדער דיסאביליטי:

אויב איר באצייכנט דעם קעסטל וואס טוט אנדייטן אז אייער קראנקהייט אדער דיסאביליטי איז פערמענאנט,
דאן וועלאלד אייער אפליקאציע ווערט באשעטיגט וועט איר אויטאמאטיש באקומען א שטים צעטל פאר אלע
וואלן ביי וועלכע איר זענט בארעכטיגט צו שטימען, אן צו דארפן זיך נאכאמאל איינגעבן. איר קענט
אונטערשרייבן די עבסענטי בעלאט אליין, אדער קענען מיר מאכן אייער צייכן און מען זאל זיין עדות וו איר
באצייכנט די ליידיגע ערטער וואס ווערן צוגושטעלען אונטן אויף די אפליקאציע. ביטע נעמט אין אכט אז א
פאוער אוו אטוירני אדער געדרוקטע נאמען סטעמפל ווערט נישט ערלויבט פאר סיי וועלכע וואל צוועק.

### ווען מען וועט שיקן אייער שטים צעטל:

מען וועט אייך שיקן אייער עבסענטי בעלאט מאטריאלן אמווייניגסטנס 32 טאג איידער פעדעראלע, סטעיט,
קאונטי, סיטי אדער טאון וואהל אין וועלכע איר זענט בארעכטיגט צו שטימען. אויב איר האט זיך איינגעגעבן
נאך דעם דאטום, וועט מען אייך שיקן אייער שטים צעטל באלד נאכדעם וואס די לאקאלען באורד אוו
עלעקשאנס ערהאלט און פראצעסירט אייער אויסגעפולטע און אונטערשריבענע אפליקאציע. אויב איר
שטעלט צו דאסומען אין סעקשאן 2, אידענטיפיצירנדיג די צייכן ווען איר וועט זיין אפוועזענד פון אייער קאונטי
אדער פון די סיטי פון ניו יארק, וועט מען אייך שיקן א שטים צעטל פאר סיי וועלכע פרימערי, אלגעמיינע,
ספעציעלע וואהל אדער פרעזידענטליכע פרימערי וואל וועלכע קענען פארקומען אייער שטים צעטל פאר אייך,
האט באצייכנט. לויט אייער פארנאג, קענט איר באשטימען עמיצן אפצונעמען אייער שטים צעטל פאר אייך,
דורך אויספילן די פארלאנגטע אינפארמאציע אין סעקשאן 6 און/אדער סעקשאן 7, וי פאסיג. פארבינדעט זיך
מיט אייער לאקאלע קאונטי באורד אוו עלעקשאנס אויב איר האט נישט ערהאלטן אייער שטים צעטל.

### ביטע שיקט דורך פאסט צו:
### SULLIVAN COUNTY BOARD OF ELECTIONS
### 100 NORTH ST. PO BOX 5012
### MONTICELLO, NY 12701

# ווילער!   דר״ד הגעבאד!

## מאכט זיכער אז אייער שטימע ווערט גערעכנט!

1. נוצט נאר די שריים געצייג וואס ווערן צוגעשטעלט דורך די וואל אויפזעער ביי אייער וואל ארט.

2. צו שטימען פאר א קאנדידאט וועמען'ס נאמען אין געדרוקט אויפ'ן שטים צעטל, פילט אריין דעם ריגגל נעבן דעם נאמען פונעם קאנדידאט פאר וועמען איר ווילט שטימען.

3. צו שטימען פאר א מענטש וועמען'ס נאמען ס'איז נישט געדרוקט אויפ'ן שטים צעטל, שרייבט אדער שטעמפלט זיין אדער איר נאמען אינעם פלאץ וואס איז באצייכנט 'שרייב-אריין' וואס ערשיינט אונטן פונעם קאלום פאר דעם באטרעפנדן אמט.

4. צו שטימען פאר סיי וועלכע פארשלאג וואס געפינט זיך אויף די הונטערשטע זייט פון די שטים צעטל, פילט אריין דעם ריגגל וואס קארעספאנדירט צו אייער "יא" אדער "ניין" שטימע.

5. שטימט נישט איבער. איר קענט שטימען בלויז פאר די מאקסימום צאל קאנדידאטן וואס ווערט ערלויבט פאר יעדן פארמעסט. די מאקסימום צאל קאנדידאטן וואס ווערט ערלויבט פאר יעדן פארמעסט געפינט זיך אויבן פונעם קאלום פונעם באטרעפנדן אמט. אמאגובן מער שטימעוסבן ווי די מאקסימום צאל וואס ווערט ערלויבט פאר יעדן פארמעסט, וועט אנולירן אייערע שטימעוסבן בלויז פארן באטרעפנדן פארמעסט.

6. סיי וועלכע אנדערע צייכן אדער שריפט, אדער סיי וועלכע אויסמעסקונגס וואס ווערט געמאכט אויפ'ן שטים צעטל אויס'ן איבגעדרויסן פון די ריגגלען אדער ליידיגע ערטונר וואס ווערן צוגעשטעלט פארן שטימען, וועט אנולירן דעם גאנצן שטים צעטל.

7. אויב איר צערייסט, שעדיגט אדער באצייכנט אומריכטיג דעם שטים צעטל, גיט עס צוריק פאר א וואלן אויפזעער כדי צו באקומען אן אנדערע שטים צעטל. פרובירט נישט צו פארריכטעט קיין גרייעץ אויף אייער שטים צעטל דורכן מאכן אויסמעסקונגען אדער אויסשטרייכערונגען. אויסמעסקונגען אדער אויסשטרייכערונגען קענען אנולירן דאס גאנצע אדער א טייל פון אייער שטים צעטל. איידער איר סקען'ט דעם שטים צעטל, קענט איר אויספילן און אויספילן א גי שטים צעטל אויב איר האט געמאכט א גרייעץ ביים אויספילן דעם שטים צעטל אדער איר ווילט טוישן אייער שטימע אויסוואל. איר האט א רעכט צו באקומען אן ערזאץ שטים צעטל ביים צוריקגעבן אייער ארגינעלע שטים צעטל. נישט מער ווי דריי (3).

8. נאכן אויספילן אייער שטים צעטל, מאכט זיכער עס פארזיכטיג איבערצוקרקן, צו פארזיכערן אז איר האט אמנאנדגעבן אייער שטימע אזוי ווי איר האט האט געוואלט, און אז איר האט נישט געשטעמפט פאר מער ווי די צאל שטימעס וואס ווערט ערלויבט פער פארמעסט. דאן, לייגט עס אריין אינעם שטים צעטל סקענער און וואו'ט פארן מעסטעדיש וואס דאנט אייך און אז אייער שטים צעטל איז ערפאמלרייך גע'סקענ'ט געווארן. אויב איר זעט נישט דעם מעסטעדיש, פארלאנגט הילף פון א וואל אויפזעער.

## *OATHS* -- Preliminary Challenge Oath:

For an individual who has been challenged and who is about to be questioned by the Board of Inspectors as to his or her voting qualifications.

*"You do solemnly swear or affirm that you will make true answers to such questions as may be put to you concerning your qualifications as a voter."*

## Qualification Oath:

For an individual who has been challenged and has responded to be questioned by the Board of Inspectors as to his or her voting qualifications.

*"You do swear or affirm that you are eighteen (18) years of age, that you are a citizen of the United States and that you have been a resident of the state and of this county for thirty days at which you have been duly registered in this election. You do further declare that you are aware that it is a crime to make any false statement. That all the statements you have made to the board have been true and that you understand that a false statement is perjury and that you will be guilty of a misdemeanor."*

*(Election Law -- 8-504.1)*

## *JURAMENTOS* -- Preliminar del desafío o reto:

Para el individuo que ha sido desafiado y quien va a ser cuestionado por la Junta de Inspectores se determinará si clasifica para votar.

*"Jura solemnemente o afirma que usted va a dar respuestas verdaderas a preguntas que se le hagan acera de sus capacidades como votante".*

*(Ley de Elección -- 8-504.1)*

## Juramento de cualificación:

Para el individuo que se ha desafiado y quien ha respondido a las preguntas hechas por la Junta de Inspectores se determinará si clasifica para votar.

*"Jura o afirma usted que tiene dieciocho (18) años de edad, que usted es ciudadano de los Estados Unidos y que usted ha sido un residente de este estado y en este condado por treinta días en el cual usted esta debidamente registrado en esta elección. Usted a su vez declara que esta consciente que es un crimen dar declaraciones falsas. Que todas las declaraciones que usted ha dado a la Junta de Inspectores han sido verdaderas y que usted entiende que una declaración falsa es perjurio y será culpado de un delito menor."*

*(Ley de Elección -- 8-504.3)*

## שווערן, ערשטע טשאלענדזש שבועה:

פאר א פערזאן וואס איז איד געיטשאלענדזשיט געווארן און וועמען די באורד וואו אינספעקטטארטס האלט ביים איסקוורנ אינבער זיינע אדער אירע שטימען קוואליפיקאציעס.

"איר טוט ערנסטערהייט שווערן אדער באשטעטיגן אז איר וועט געבן ריכטיגע ענטפערס צו די פראגן וואס מען קען איך שטעלן וואס אנבאלאנגט אייערע קוואליפיקאציעס אלס א וויילער."

(וואל געזעץ 8-504.1)

## קוואליפיקאציע שבועה

פאר א פערזאן וואס איז געיטשאלענדזשיט געווארן און וואס האט רעאגירט אויסגעפרעגנט צו ווערן דורך די באורד אוו אינספעקטטארטס איבער זיינע אדער אירע שטימען קוואליפיקאציעס.

"איר טוט ערנסטערהייט שווערן אדער באשטעטיגן אז איר זענט זעכצן אכטן (18) יאר אלט, אז איר זענט א בירגער פון די פאראייניגטע שטאטן און אז איר זענט געווען אן איינוואוינער אין די סטעיט און אין די קאונטי פאר דרייסיג טעג אין וועלכע איר זענט געווען געגעבנ רעגיסטרירט אין די וואהל, איר דערקלערט אויך אז איר זענט באוואוסטזיניג אז עס איז א פארברעך אן מאכן סיי וועלכע פאלשע דערקלערונג, אז אלע דערקלערונגען וואס איר האט געמאכט צום באורד זענען געווען ריכטיג און אז איר פארשטייט אז א פאלשע דערקלערונג איז יבורדערשריי-פאלש און עדות זאגן אונטער א שבועה, און אז איר וועט זיין שולדיג אין א מיסדימינער."

(וואל געזעץ 8-504.3)

RETURN TO:
**Sullivan County Board of Elections**

## *OATHS* ~ Voter Assistance Oath:

For a person, other than an inspector, who assists an individual in voting, this oath must be taken before the person rendering the assistance enters the voting booth.

*"Do you solemnly swear or affirm that you will not in any manner request, or seek to persuade or induce the voter to vote any particular ticket or for any particular candidate, and that you will not make or keep any memorandum or entry of anything occurring within the booth, and that you will not, directly or indirectly, reveal to any person the name of any candidate voted for by the voter, or which ticket he had voted, or anything occurring within the Privacy Booth, except when required pursuant to law give testimony as to such a matter in a judicial proceeding?"*

*(Election Law – 8-306.5)*

---

## *JURAMENTOS* ~ Para Asistir el Votante:

Para una persona, con excepción de un inspector, quién asiste a un individuo en la votación, este juramento debe ser tomado antes de que la persona que rinde la ayuda entre en la cabina de votación.

*"Solemnemente jura o afirma que de ninguna manera va a solicitar o tratar de persuadir o inducir a los votantes a votar cualquier billete particular o para cualquier candidato particular y que no va hacer o mantener cualquier memorando o entrada de cualquier cosa que se producen dentro de la cabina y que no, directa o indirectamente, revela a cualquier persona el nombre de cualquier candidato votado por el votante, o cualquier cosa que se producen dentro de la cabina de privacidad, excepto cuando sea necesario que la ley requiera su testimonio en un procedimiento judicial?"*

*(Ley de Elección -- 8-306.5)*

Board of Elections -- 807-0400

Si usted necesita la ayuda de un intérprete que habla español, llama a: (845) 807-0400

---

## שווערן, וויילער הילף שבועה:

פאר א פערזאן, נישט קיין אויפזעער, וואס העלפט א פערזאן מיטן שטימען, מוז די שבועה גענומען ווערן איידער דער פערזאן וואס דערלאנגט די הילף גייט אריין אין די וואל בודקע.

*"יעטצט איר ערנסטערהייט שווערט אדער באשטעטיגט אז איר וועט בשום אופן נישט פארלאנגען, אדער פרובירן איבערצורעדן אדער צוברענגען דעם וויילער צו שטימען פאר סיי וועלכען טיקעט אדער פאר סיי וועלכען קאנדידאט, און אז איר וועט נישט מאכן אדער האלטן קיין שום מעמאראנדום אדער אראפשרייבונג פון קיין שום זאך וואס פאסירט אינערהאלב די בודקע, און אז איר וועט נישט, דירעקט אדער אומדירעקט, אויפדעקן פאר קיין שום פערזאן דעם נאמען פון סיי וועלכער קאנדידאט פאר וועמען דער וויילער האט געשטימט, אדער פאר וועלכן טיקעט ער האט געשטימט, אדער סיי וואס עס איז פארגעקומען אינערהאלב די פריוואטקייט בודקע, אויסער ווען עס פון ווערט פארלאנגט אין איינקלאנג מיטן געזעץ עדות צו זאגן איבער אזא זאך אין א גערעכטליכע פראצעדורר?"*

*(וואל געזעץ 8-306.5)*

RETURN TO:
Sullivan County Board of Elections

FORMS OF IDENTIFICATION TO BE ACCEPTED AT THE POLLING PLACE

Identification to be accepted at the polling place must be either:

(1)   a current and valid photo identification with the voter's name and picture

## Examples include, but are not limited to:

| | |
|---|---|
| ✓ passport | ✓ pistol or firearm permit |
| ✓ driver's license | ✓ pilot's license |
| ✓ non-drivers ID card | ✓ military identification |
| ✓ student identification cards | ✓ government identification |

### OR

(2)   a copy of a current utility bill, bank statement, government check, paycheck, or government document that shows the name and address of the voter.

## Examples include, but are not limited to:

"A Current Utility Bill" would include:

✓ gas, telephone, electric, water or other utility bill

"Bank Statement" would include:

✓ statement from a banking institution or credit union

"Government Check or Paycheck" would include:

| | |
|---|---|
| ✓ social security administration check statements | ✓ a government or military paycheck or paycheck stub |

"Other Government Document" would include:

| | |
|---|---|
| ✓ hunting, fishing or trapping license | ✓ tuition statements or bills from public colleges and universities |
| ✓ electronic benefit transaction (EBT) cards | ✓ bills from a federal, state, or local government |
| ✓ public housing lease and rent statements and agreements, or rent statement agreements provided pursuant to subsidized housing programs | ✓ discharge certificates, pardons, or other official documents issued in connection with the resolution of a criminal case, indictment, sentence or other matter, in accordance with state law |
| ✓ public housing identification cards | ✓ government homeless shelter identification cards |

פאראמען פון אידענטיפיקאציע וואס ווערן אנגענומען ביים וואל ארט

אידענטיפיקאציע וואס ווערט אנגענומען ביים וואל ארט פום זיין אדער:

(1)   א יעצטיגע און גילטיגע פאטא אידענטיפיקאציע מיטן ווילער'ס נאמען און בילד

ביישפילן רעכענען אריין, אבער זענען נישט באגרעניצט צו:

| | |
|---|---|
| ✓ פאספארט | ✓ ביקס אדער וואפן ערלויבעניש |
| ✓ דרייווער'ס לייסענס | ✓ מיליטער'ס לייסענס |
| ✓ נאן-דרייווער'ס ID קארטל | ✓ מיליטעריישע אידענטיפיקאציע |
| ✓ סטודענט אידענטיפיקאציע קארטלעך | ✓ רעגירונג אידענטיפיקאציע |

## אדער

(2)   א קאפיע פון א יעצטיגע יוטיליטי ביל, באנק סטעיטסמענט, רעגירונג טשעק, צאלונג טשעק, אדער רעגירונג דאקומענט וואס צייגט דעם נאמען און אדרעס פונעם ווילער:

ביישפילן רעכענען אריין, אבער זענען נישט באגרעניצט צו:

<u>א "יעצטיגע יוטיליטי ביל" וואלט אריינגערעכנט:</u>

✓   גאז, טעלעפאן, עלעקטריסיטעט, וואסער, אדער אנדערע יוטיליטי ביל

<u>"באנק סטעיטסמענט" וואלט אריינגערעכנט:</u>

✓   סטעיטסמענט פון א באנקינג איוסטיטוציע אדער קרעדיט יוניאן

<u>רעגירונג טשעק אדער צאלונג טשעק וואלט אריינגערעכנט:</u>

| | |
|---|---|
| ✓ סאטשעל סעקיוריטי אדמיניסטראציע טשעק סטעיטסמענט | ✓ סאטשעל סעקיוריטי אדמיניסטראציע באנק סטעיטסמענט |

<u>"אנדערע רעגירונג דאקומענט" וואלט אריינגערעכנט:</u>

| | |
|---|---|
| ✓ פאנעט, פישפאנג, פארכאונג לייסענס | ✓ טואישן סטעיטסמענט אדער בילס פון פובליק קאלעדושעט און אוניווערזיטעטן |
| ✓ עלעקטראנישע בענעפיטס טראנסעקשאן (EBT) קארטל | ✓ בילס פון א פעדעראלע, סטעיט אדער לאקאלע רעגירונג |
| ✓ פובליק האוזינג ליעז אן רענט סטעיטסמענט און אגריימענטס, אדער רענט סטעיטסמענט אגריימענטס וואס ווערן צוגעשטעלט אין איינקלאנג מיט סאבסידייזד האוזינג פראגראמען | ✓ דזשסטאדרוש סערטיפיקאט, פארדראנט, אדער אנדערע אפיציעלע דאקומענט וואס ווערן ארויסגענומען אין פארבינדונג מיט די שליכטונג פון א קרימינאלע קעיס, אבאשעלדינונג, סענסמענט אדער אודערע ארע זאך, אין איינקלאנג מיט סטעיט געזעץ |
| ✓ פובליק האוזינג אידענטיפיקאציע קארטל | |
| | ✓ רעגירונג היימלאוז שעלטער אידענטיפיקאציע קארטל |



# שטימען אנווייזונגען

### שטימען פאר א פארשלאג

צו שטימען פאר א פארשלאג, פילם אריין די קעסטל אינגאנצן אי אדער יין.

### שטימען פאר א קאנדידאט

צו שטימען פאר א קאנדידאט, פילם אריין די שוווארצע קעסטל אינגאנצן אינעם קעסטל מיט אייער קאנדידאט'ס אויסוואהל.



### שטימען פאר א שרייב-אריין

צו מאכן א שרייב-אריין, שרייבן אייער דעם קאנדידאט'ס נאמען אונטן פונעם קאלומן פון די פאר'טעמט'ער וואו איר ווילט אריינשרייבן.

מאכט זיכער קיין שום זייכן אין די קומענדיגע שרייב-אריין קעסטל.

### קוקט איבער און סקעניזן

מאכן זיכער צו קוקן איבער אייער שטים צעטל ביז'ט קוקט קוקט עס איבער צו פאר'זיכער'ן אז עס איז אויף די אזוי ווי איר ווילט. מאכן איבערקוקן, וועט דער אינספעקטאר אייך וויין די זאל מאכן וואס איר וועט סקעניזן אייער שטים צעטל.

אויב איר האט איבערזעהן אייער שטים צעטל און קיין א גרייס, וועט די זאל מאשין דערמאנען אייער שטים צעטל מאכן סקעניזן. איר וועט זען די פאלגנדע צוויי סקרינ'ס:



### איבערשטימונג וואורענונג

אויב איר האט גענומען א גרייז פון אן איבערשטימונג, דאס מיינט איר האט גענעטמט פאר מער זוי ערלויבט אין א פארנעמם, וועט די וואורענונג אריינקומען אויף אונטן סקרין:




איר קענט דרוקן דעם cast קעפל אויב איר ווילט אנעמען אייער שטימע אזוי אי עס אי, אין אן אנולירט דאס איבערשטימונגען וועט בלויז מאכן אזא וואס איר וואט איבערערשטימוטס, איר דרוקן דעם וואס אנולירט קעפל צור'קשטעלן אייער שטים צעטל. איר וועט דאן קריגן עס איז א אינספעקטאראטקא'ס אין באקומען א נייע שטים צעטל צו אייבוונג און אי שטים צעטל מיטן נייע דערהיין וועט אוויליר'ט ווערן.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ניו יארק סטעיט ווילער'ס בילל פון רעכטן

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### אלס א רעגיסטרירטער ווילער, האט איר די __רעכט צו__:

שטימען: די רעכט צו שטימען רעכנט אריין צו שטימען פאר קאנדידאטן און פראגן וואס ערשיינען אויפן שטים צעטל, און האבן גענוג צייט צו שטימען.

אז אייערע שטימונג זאלן געצויליט ווערן: שטימונג אויף א וואלן סיסטעם וואס ארבייט גוט, און וואס וועט ערלויבן אז די שטימען זאלן גענוי געצויליט ווערן.

געהיימעניס ביים שטימען: געהיימעניס ביים שטימען וועט פרעזערווירט ווערן ביי אלע וואלן.

פרייהייט ביים שטימען: גיט אפ אייער שטימע, פריי פון צוואנג אדער שרעק פון וואלן באאמטע אדער פון סיי וועלכע פערזאן.

פערמענאנטע רעגיסטראציע: וויבאלד איר זענט איין מאל רעגיסטרירטו צו ווילן, פארבלייבט איר בארעכטיגט צו שטימען פון אן אדרעס אינערהאלב אייער קאונטי אדער סיטי.

צוגענגליכע וואלן: אמ- דיסקרימינירנד גלייכע צוטריט צום וואלן סיסטעם פאר אלע ווילער, אריינגערעכנט עלטערע ליט, דיסעיבלד, אלטערנאטיווע שפראך מינאריטעטן, מיליטערישע אדער איוסלענדישע בירגער, ליטן וואס פארלאנגט דורך פעדעראלען און סטעיט גענוינד.

הילף ביים שטימען: איר קענט פארלאנגען הילף ביים שטימען, צוליב בלינדקייט, דיסאבעליטי אדער אומפעאיגקייט צו לייענען אדער שרייבן.

אוומיזונגן ביים שטימען: איר קענט באטראכטן א בישפיל שטים צעטל אינער דזאין וואל ארט איידעראיר שטימעט, און איר קענט פארלאנגען הילף וי אזוי צו ציכצונג אנטאדער אפפאנגען אייער שטימע אידערען ארייגבין ארייגבין אין, אדער צוגין צו, א פריוואטקייט בודזין, סקענער, אדער שטים צעטל צייכענונג אפאראטאו.

אפידעווייט שטימע: סיי וען אייער נאמען ערשיינט נישט אין די ווילער-ביכל אדער אין די ווילער רעגיסטרעישאציע אדער אייערעוראמובוז ליסטע, אדער איר שטעולט זעט צו קין איידענפיפיצאציע ווען פארלאנג, ווען מען איך אנבעט, מען איך אפדעווייט שטים צעטל.

איר זעלט דאס ערשטע מאל? אויף די בישפיל שטים צעטל וואס מען אין דעם וואל ארט זעגן פארמאן פארזוזנגען וי אזוי צו שטימען. אויב איר דארפען נאך אלץ הילף, פארלאגט עס פון די אופזעער וועלכע ארבייטן דא הינען איידער איר שרייבט צור אויף.

אפענגבן א שטימע אויף א פאפיר שטים צעטל: קוקס איבער אייער שטים צעטל זיכער צו מאכן אז איר האס אפפאנגעבן אייערע שטימונג אזוי וי איר האס גאואולט. מאכט זיכער צו שטימען פאר די צאל קאנדידאטען וואס אין ערלויבט, פאר יעדן אמט אויף אייער שטים צעטל. אפענגט מער שטימען וי די מאקסימום צאל וואס אין ערלויבט (איבערשטימע) אין סיי וועלכע פארלאמען, וועט אומילן אייערע שטימען בלייז פאר'ן באטרעפענד פארלאמען. אויב איר מאכט אן גריזל אויף אייער שטים צעטל, גיט עט צור פאר די אופזעער און מען וועט איך געבן א אנדערע. נאכן אריימיקען אייער שטים צעטל אינעם מעסטערל וואס אופן מעטאשין, ווארט אויף מעטשין זאגס אין אז אייער שטים איז ערפאלגרייך גאסקעל'ט גאווארן.

פראבלעמען? פעדעראלע און סטעיט גענעצען פארבאטן שווינדל אקטיוויטעטן און פאלשע ערקלערונגען ביים שטימען. ווען איר באגענגענט זיך מיט פראבלעמען ביים שטימען, פארבינדט זיך מיס אייער לאקאלע קאונטי באורד אדער אדער די סטעיט באורד או עלעקשאנס.

#### זיך צו פארבינדן מיט אייער קאונטי באורד או עלעקשאנס:

SULLIVAN COUNTY BOARD OF ELECTIONS
רופט 845-807-0400
אדער שרייבט צו זיי אויף
100 North St., PO Box 5012
Monticello, New York 12701

#### זיך צו פארבינדן מיט די ניו יארק סטעיט באורד או עלעקשאנס:

רופט 6221 – 474 - 518 - 1
אדער שרייבט צו זיי, אויף 40 Steuben Street
Albany, New York 12207 – 2108

## מאכט זיכער אז אייער שטימע ווערט געציילט

זוכט אויף די צאל רינגלען וואס מען דארף אריינפילן פאר יעדן פארמעסט.

### קוקט איבער די צאל רינגלען וואס איר האט אריינגעפילט

אויב איר פילט אריין רינגלען פאר צופיל קאנדידאטן אין איין פארמעסט, וועט די סקענער צייגן א מעסעדזש אז איר האט אן "Overvoted Ballot". איר קענט דרוקן "Return Ballot" צוריק צו באקומען אייער שטים צעטל און עס פארריכטן, אדער קענט איר איגנארירן דעם מעסעדזש און אפגעבן אייער שטים צעטל מיט שטימען וואס מען וועט נישט רעכענען.

קוקט פארזיכטיג איבער אייער שטים צעטל – אין געוויסע פארמעסטן, ווערן די קאנדידאטן אויסגערעכנט אין צוויי קאלומס.

די ריכטיגע צאל רינגלען זענען אריינגעפילט.
John Smith די שטימע וועט גערעכנט ווערן פאר

צופיל רינגלען זענען אריינגעפילט.
די שטימען וועלן נישט גערעכנט ווערן

## שטימט נישט מער ווי איין מאל פארן זעלבן קאנדידאט

אין געוויסע פארמעסטן, קען א קאנדידאט אויסגערעכנט ווערן אונטער מער ווי איין פארטיי. אויב איר פילט אריין מער ווי איין רינגל פאר א קאנדידאט אין א פארמעסט, וועט אייער שטימע גערעכנט ווערן פארן באטרעפנדן קאנדידאט, אבער בלויז אונטער די פארטיי וואס איר האט ערשט געשטימט אויפן שטים צעטל.



צופיל רינגלען זענען אריינגעפילט.
John Smith אייער שטימע וועט גערעכנט ווערן פאר
אונטער פארטיי A, נישט אונטער פארטיי C

די ריכטיגע צאל רינגלען זענען אריינגעפילט.
John Smith די שטימע וועט גערעכנט ווערן פאר
אונטער פארטיי C

## העלפט וויילער מאכן זיכער אז זייער שטימע ווערט גערעכנט

### אויב דער סקענער צייגט א גרייז מעסעדזש:

ווען א וויילער באקומט א גרייז מעסעדזש אויף זיין אדער איר וואל מאשין סקרין און דרוקט "Return Ballot" כדי צו טוישן זיין אדער איר וואל שטימע, זאלט מען וויילער איר אויפפאלגן די פאלגנדע שריט:

- דערקלאנגט וויילער דעם ( Double-Vote/Over-Vote Notice/אויבער-שטימע מעלדונג)טאפפלטע-שטימע\איבער-שטימע מעלדונג) וואס ווערט צוגעשטעלט דורך די סטעיט באורד אוו עלעקשאנס.
- טראגט אן פארן וויילער די געלעגנהייט צו באקומען א ניי שטים צעטל.
- וויזט אן דעם וויילער דעם נענטסטן אוויעלעבל פריוואטקייט בודזע.
- נאכדעם וואס דער וויילער האט אויסגעפילט זיין אדער איר וואל שטים צעטל, וויזט אן דעם וויילער דעם נענטסטן אוויעלעבל אוויעלעבל וואל מאשין.
- אלע מעסיגע באמ״אונגען דארפן געמאכט ווערן אז וויילער זאלן נישט דארפן ווארטן נאכאמאל אין די ריע ניען פארלאנגען אן ערזאץ שטים צעטל.
- אלע מעסיגע באמ״אונגען דארפן געמאכט ווערן צו פארמיידן דאס קוקן אויף א וויילער'ס שטים צעטל אויסוואל(ן), אן קיין אויסדריקליכע פארלאנג פונעם וויילער.

---

א מעסעדזש קומט אויף פריער אויב א שטים צעטל ענטהאלט אנטאשטימעס (מער קאנדידאטן ווי אנגעגעבען פאר א פארמעטס זענען אויסגעוועלעט געוואוען)

דער סקענער וועט נישט צייגן קיין מעסעדזש פאר טאפלעטע שטימעס (מער ווי איין שטימע פארן זעלבן קאנדידאט).

---

## אויב א וויילער פילט אריין צופיל רינגלען, איז מעגליך אז זייער שטימע וועט נישט גערעכנט ווערן

זוכט אויף ווי די צאל קאנדידאטן פאר וועמען זיי קענען שטימען אין יעדן פארמעסט

### וויילער זאלן נישט שטימען מער ווי איין מאל פארן זעלבן קאנדידאט

אין געוויסע פארמעסטן, קען א קאנדידאט אויסגערעכנט ווערן אונטער מער ווי איין פארטיי. אויב א וויילער פילט אריין מער ווי איין רינגל פאר א קאנדידאטע אין א פארמעסט, וועט זיין שטימע נישט גערעכנט ווערן, אבער נאר אונטער די פארטיי וואס ער אדער זי האט אויסגעוועלעט ערשטע שטים אויפן צעטל.

### וויילער זאלן נישט שטימער פאר מער קאנדידאטן ווי עס ווערט ערלויבט פאר יעדן פארמעסט

אויב א וויילער פילט אריין רינגלען פאר צופיל קאנדידאטן אין איין פארמעסט, וועט די שטימען נישט גערעכנט ווערן.

דער סקענער וועט צייגן א מעסעדזש אז דאס איז אן "Overvoted Ballot".

דער וויילער קען דרוקן "Don't Cast Return Ballot" צו באקומען א ניי שטים צעטל.

  

**איבער שטימע**
צופיל רינגלען זענען געגעפעלט.
די שטימע וועט נישט גערעכנט ווערן

**טאפפלטע שטימע**
צופיל רינגלען אריינגעפילט.
די שטימע וועט גערעכנט ווערן פאר John Smith אונטער פארטיי A, נישט אונטער פארטיי C.

**די ריכטיגע צאל רינגלען זענען אריינגעפילט.**
די שטימע וועט גערעכנט ווערן פאר John Smith אונטער פארטיי C.